IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CASE NO.: PWG-10-143 |
| RICHARD V. PRIDDY, CHARLES L. SAMPLE, and J. MICHAEL BROULLIRE, DEFENDANTS. | |

## MEMORANDUM OPINION AND ORDER

The Court having received a letter from Immediate Response Technologies ("IRT") regarding restitution from Defendants Richard V. Priddy, Charles L. Sample, and J. Michael Broullire, ECF No. 88, and having received no response from the Office of the United States Attorney regarding IRT's letter, despite having given the Office of the United States Attorney the opportunity to do so, ECF No. 89, it is hereby ORDERED that

(1) Restitution funds shall be paid to IRT, as a result of TVI Corporation's name change; and

(2) All funds held as "unclaimed" shall be disbursed and paid as part of the payment to IRT.

Dated: 09/26/14

/S/
Paul W. Grimm
United States District Judge